IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-227-FDW-DCK

| | |
|---|---|
| VIEWPOINTE ARCHIVE SERVICES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| ZL TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by J. Dickson Phillips, III, concerning James M. Wagstaffe on August 27, 2018. Mr. James M. Wagstaffe seeks to appear as counsel *pro hac vice* for Defendant ZL Technologies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Mr. James M. Wagstaffe is hereby admitted *pro hac vice* to represent Defendant ZL Technologies, Inc.

**SO ORDERED**.

Signed: August 28, 2018

David C. Keesler
United States Magistrate Judge