IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-227-FDW-DCK

| VIEWPOINTE ARCHIVE SERVICES, L.L.C., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ZL TECHNOLOGIES, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by J. Dickson Phillips, III, concerning Maria Radwick on August 27, 2018. Ms. Maria Radwick seeks to appear as counsel *pro hac vice* for Defendant ZL Technologies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Ms. Maria Radwick is hereby admitted *pro hac vice* to represent Defendant ZL Technologies, Inc.

**SO ORDERED**.

Signed: August 28, 2018

David C. Keesler
United States Magistrate Judge